**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-CV-353 (PAM/JGL)

Engineered Equipment Tooling, Inc. and CP Industries, Inc.,

Plaintiffs,

v.

Hegman Machine Tool, Inc. and Wasino Corporation, USA,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc., and defendants Hegman Machine Tool, Inc. and Wasino Corporation, USA, through their attorneys, hereby stipulate that the date by which defendants must answer or otherwise respond is hereby extended to April 3, 2000.

Dated: March 14, 2000

BURSTEIN, HERTOGS & MCFARLAND, P.A.

By: ______________________
Fred Burstein (#13511)
Dylan J. McFarland (#12543X)
Steven M. Burstein (#248630)
510 First Avenue North, Suite 610
Minneapolis, MN 55403
(612) 339-6561

ATTORNEYS FOR PLAINTIFFS ENGINEERED EQUIPMENT TOOLING, INC. and CP INDUSTRIES, INC.

FILED MAR 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 7, 2000

DORSEY & WHITNEY LLP

By: ______________________
Peter W. Carter (#227985)
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
(612) 340-5635

ATTORNEYS FOR DEFENDANT
WASINO CORPORATION, USA

Dated: March 6, 2000

FRUTH & ANTHONY, P.A.

By: ______________________
Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANT
HEGMAN MACHINE TOOL, INC.

**ORDER**

IT IS HEREBY ORDERED that the date by which defendants must answer or otherwise respond is hereby extended to April 3, 2000.

Dated: March 21, 2000

BY THE COURT:

______________________
Jonathan G. Lebedoff
United States Magistrate Judge