UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. 00-CV-353 (PAM/JGL)

---

Engineered Equipment Tooling, Inc. and
CP Industries, Inc.,

Plaintiffs,

v.

Hegman Machine Tool, Inc. and
Wasino Corporation, USA,

Defendants,

and

**ORDER**

Hegman Machine Tool, Inc.

Third-Party Plaintiff,

v.

Di-Hed Yokes, Inc.

Third Party Defendant,

and

Wasino Corporation, USA,

Third Party Plaintiff,

v.

Di-Hed Yokes, Inc.

Third Party Defendant.

---

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and based upon the Stipulation for Enlargement of Time to Respond to Third-Party Complaints filed with the Court on April 20, 2000,

APR 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2245640.1

IT IS ORDERED that the time within which third-party defendant Di-Hed Yokes, Inc. is required to respond to the third-party complaint of defendants Hegman Machine Tool, Inc. and Wasino Corporation USA, shall be enlarged and that defendants shall have up to and including May 8, 2000 to respond to such complaints.

Dated: April 20, 2000

Magistrate Judge Lebedoff
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
Court File No. 00-CV-353 (PAM/JGL)

---

Engineered Equipment Tooling, Inc. and
CP Industries, Inc.,

Plaintiffs,

v.

Hegman Machine Tool, Inc. and
Wasino Corporation, USA,

Defendants,

and

Hegman Machine Tool, Inc.

Third-Party Plaintiff,

**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD PARTY COMPLAINTS**

v.

Di-Hed Yokes, Inc.

Third Party Defendant,

and

Wasino Corporation, USA,

Third Party Plaintiff,

v.

Di-Hed Yokes, Inc.

Third Party Defendant.

---

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, third-party defendant Di-Hed Yokes, Inc. ("DHY"), and third-party plaintiffs Hegman Machine Tool, Inc. and Wasino

Corporation, USA, respectfully submit this Stipulation for Enlargement of Time to Respond to Third-Party Complaints.

WHEREAS, on April 4, 2000 Hegman Machine Tool, Inc. caused to be served upon DHY a third-party Complaint in the above-captioned matter;

WHEREAS, on April 4, 2000 Wasino Corporation USA caused to be served upon DHY a third-party Complaint in the above-captioned matter;

WHEREAS, the time period prescribed by the third-party Summons has not yet expired; and

WHEREAS, counsel for plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc. has been contacted by counsel for DHY and has indicated that Plaintiffs have no objection to this Stipulation.

THEREFORE, DHY, Hegman Machine Tool, Inc. and Wasino Corporation, USA, through the undersigned counsel, hereby stipulate that the time within which DHY is required to respond to the third-party Complaints shall be enlarged and that DHY shall have up to and including May 8, 2000 to respond to such Complaints.

Dated this 19th day of April, 2000

**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

By: ______________________
Elliot S. Kaplan (#53624)
Thomas C. Mahlum (#025391)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500
**ATTORNEYS FOR THIRD-PARTY DEFENDANTS DI-HED YOKES, INC.**

2245357.1

Dated this ___ day of April, 2000

**FRUTH & ANTHONY, P.A.**

By: ______________________________
Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF HEGMAN MACHINE TOOL, INC.**

Dated this 19th day of April, 2000

**DORSEY & WHITNEY LLP**

By: ______________________________
Peter W. Carter (#227985)
William E. Dornbos (#029049X)
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
(612) 340-2600
**ATTORNEYS FOR DEFENDANT-COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF WASINO CORP. USA**