**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Engineered Equipment Tooling, Inc. and
CP Industries, Inc.

Civil File No. 00-353 (PAM/JGL)

Plaintiffs,

v.

Hegman Machine Tool, Inc. and
Wasino Corporation, USA,

Defendants,

And

Hegman Machine Tool, Inc.

Third-Party Plaintiff and
Counterclaim Defendant,

v.

Di-Hed Yokes Mfg., Inc.,

Third-Party Defendant and
Counterclaim Plaintiff,

and

Wasino Corporation, USA,

Third-Party Plaintiff and
Counterclaim Defendant,

v.

Di-Hed Yokes, Inc.

Third-Party Defendant and
Counterclaim Plaintiff.

**STIPULATION AND ORDER**
**AMENDING THE PRETRIAL SCHEDULE**

---

AUG - 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**STIPULATION**

Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc., and Defendants Hegman Machine Tool, Inc. and Wasino Corp., USA, through their attorneys, hereby stipulate that the Pretrial Schedule dated July 12, 2000, the Stipulation and Order Amending the Pretrial Schedule dated January 30, 2001, and the Stipulation and Order Amending the Pretrial Schedule, dated June 1, 2001, are to be amended in the following manner only:

1. The period in which the parties may conduct discovery shall terminate on October 1, 2001;

2. All non-dispositive motions, except those that seek to amend the pleadings or add parties, shall be served prior to October 1, 2001;

3. All dispositive motions shall be served on or before November 1, 2001; and

4. This case shall be ready for trial on December ~~15,~~ 1, 2001, at which time the case will be placed on the Court's trial calendar.

All other provisions of the Pretrial Schedule dated July 12, 2000, the Stipulation and Order Amending the Pretrial Schedule dated January 30, 2001, and the Stipulation and Order Amending the Pretrial Schedule dated June 1, 2001, remain unchanged and effective.

Dated: August 3, 2001

**BURSTEIN, HERTOGS & McFARLAND, P.A.**

By ______________________________

Fred Burstein (#13511)
Dylan J. McFarland (#12543X)
Steven M. Burstein (#248630)
510 First Avenue North, Suite 610
Minneapolis, MN 55403
(612) 339-6561

Attorneys for Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc.

Dated: July 27, 2001

**DORSEY & WHITNEY LLP**

By ______________________________

Peter W. Carter (#227985)
William E. Dornbos (#029049X)
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
(612) 340-2600

Attorneys for Defendant Wasino Corp. USA

Dated: July 30, 2001

ANTHONY OSTLUND & BAER, P.A.
~~**FRUTH & ANTHONY, P.A.**~~

By ______________________________

Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
~~3750 IDS Center~~ Suite 3600
~~80 South Eighth Street~~ 90 South Seventh St.
Minneapolis, MN 55402
(612) 349-6969

Attorney for Defendant Hegman Machine Tool, Inc.

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Schedule dated July 12, 2000 is amended pursuant to the terms of the above Stipulation.

DATED: Aug. 4, 2001

Jonathan G. Lebedoff
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT ★ ★ DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500