**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ENGINEERED EQUIPMENT TOOLING, INC.; and CP INDUSTRIES, INC.,**

Plaintiffs,

v.

**HEGMAN MACHINE TOOL, INC.; and WASINO CORPORATION USA,**

Defendants.

Civil File No. 00-353 (PAM/JGL)

**ORDER**

---

APPEARANCES

Steven M. Burstein, Esq., for Plaintiffs.

Nathan P. Brenna, Esq., and William E. Dornbos, Esq., for Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on September 26, 2000, on Hegman Machine Tool, Inc.'s motion to amend the counterclaim and third party complaint (Doc. No. 23). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

First, the Court finds that Hegman Machine Tool, Inc. ("Hegman") has shown good cause to modify the pretrial schedule in accordance with D. Minn. LR 16.3. Second, the Court will grant leave to amend the answer and counterclaim and the third party complaint. Federal Rule of Civil Procedure

FILED SEP 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

15(a) governs a party's right to amend its pleadings, and leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a) (1999).

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Hegman Machine Tool, Inc.'s Motion to Amend Counterclaim and Third Party Complaint (Doc. No. 23) is **GRANTED**, and Hegman is directed to forthwith file an Amended Answer and Counterclaim and an Amended Third Party Complaint with the Clerk of Court and serve opposing counsel.

Dated: September 27, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge