UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ENGINEERED EQUIPMENT TOOLING, INC. and CP INDUSTRIES, INC.,

Plaintiffs and Counterdefendants,

v.

HEGMAN MACHINE TOOL, INC. and WASINO CORP. USA,

Defendants and Counterclaimants,

and

HEGMAN MACHINE TOOL, INC. and WASINO CORP. USA,

Third-Party Plaintiffs and Third-Party Counterdefendants,

v.

DI-HED YOKES, INC.,

Third-Party Defendant and Third-Party Counterclaimant.

Case No. 00-CV-353 PAM/JGL

**STIPULATION AND ORDER AMENDING THE PRETRIAL SCHEDULE**

**STIPULATION**

Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc., Defendants Hegman Machine Tool, Inc. and Wasino Corp. USA, and Third-Party Defendant Di-Hed Yokes, Inc., through their attorneys, hereby stipulate that the Pretrial Schedule dated July 12, 2000 is to be amended in the following manner only:

FILED 1-30-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1. The period in which the parties may conduct discovery shall terminate on July 2, 2001;

2. All non-dispositive motions, except those that seek to amend the pleadings or add parties, shall be served prior to July 2, 2001;

3. The Defendants' expert disclosures and reports shall be served on or before March 30, 2001;

4. The Third-Party Defendant's expert disclosures and reports, as well as any rebuttals to Defendants' expert disclosures and reports, shall be served on or before April 30, 2001;

5. Any rebuttal to Third-Party Defendant's expert disclosures and reports shall be served on or before May 30, 2001;

6. All dispositive motions shall be served on or before August 1, 2001; and

7. This case shall be ready for trial on September 10, 2001, at which time the case will be placed on the Court's September trial calendar.

All other provisions of the Pretrial Schedule dated July 12, 2000 remain unchanged and effective.

DATED: January 29, 2001

BURSTEIN, HERTOGS & MCFARLAND, P.A.

By:________________________________

Fred Burstein (#13511)
Dylan J. McFarland (#12543X)
Steven M. Burstein (#248630)
510 First Avenue North, Suite 610
Minneapolis, MN 55403
(612) 339-6561

Attorneys for Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc.

DATED: January 29, 2001

DORSEY & WHITNEY LLP

By:________________________________

Peter W. Carter (#227985)
William E. Dornbos (# 029049X)
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
(612) 340-2600

Attorneys for Defendant Wasino Corp. USA

DATED: January 29, 2001

FRUTH & ANTHONY, P.A.

By:________________________________

Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

Attorneys for Defendant Hegman Machine Tool, Inc.

DATED: January 29, 2001

ROBINS, KAPLAN, MILLER & CIRESI

By: ______________________

Elliot S. Kaplan (#53624)
Thomas C. Mahlum (#025391)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Attorneys for Third-Party Defendant Di-Hed Yokes, Inc.

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Schedule dated July 12, 2000 is amended pursuant to the terms of the above Stipulation.

DATED: Jan. 30, 2001

______________________
Jonathan G. Lebedoff
United States Magistrate Judge