**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Engineered Equipment Tooling, Inc. and
CP Industries, Inc.

Civil File No. 00-353 (PAM/JGL)

Plaintiffs,

v.

Hegman Machine Tool, Inc. and
Wasino Corporation, USA,

Defendants,

and

Hegman Machine Tool, Inc.

Third-Party Plaintiff and
Counterclaim Defendant,

v.

Di-Hed Yokes Mfg., Inc.,

Third-Party Defendant and
Counterclaim Plaintiff,

and

Wasino Corporation, USA,

Third-Party Plaintiff and
Counterclaim Defendant,

v.

Di-Hed Yokes, Inc.

Third-Party Defendant and
Counterclaim Plaintiff.

**STIPULATION AND ORDER**
**AMENDING THE PRETRIAL SCHEDULE**

---

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**STIPULATION**

Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc., Defendants Hegman Machine Tool, Inc. and Wasino Corp., USA. and Third-Party Defendant Di-Hed Yokes, Inc., through their attorneys, hereby stipulate that the Pretrial Schedule dated July 12, 2000, and the Stipulation and Order Amending the Pretrial Schedule dated January 30, 2001, are to be amended in the following manner only:

1. The period in which the parties may conduct discovery shall terminate on September 1, 2001;

2. All non-dispositive motions, except those that seek to amend the pleadings or add parties, shall be served prior to September 1, 2001;

3. All dispositive motions shall be served on or before October 1, 2001; and

4. This case shall be ready for trial on ~~October 20, 2001~~ Nov 1, 2001 JGL, at which time the case will be placed on the Court's trial calendar.

All other provisions of the Pretrial Schedule dated July 12, 2000 and the Stipulation and Order Amending the Pretrial Schedule dated January 30, 2001 remain unchanged and effective.

Dated: May 30, 2001

**BURSTEIN, HERTOGS & McFARLAND, P.A.**

By ______________________

Fred Burstein (#13511)
Dylan J. McFarland (#12543X)
Steven M. Burstein (#248630)
510 First Avenue North, Suite 610
Minneapolis, MN 55403
(612) 339-6561

Attorneys for Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc.

Dated: 5/18, 2001

**DORSEY & WHITNEY LLP**

By ______________________

Peter W. Carter (#227985)
William E. Dornbos (#029049X)
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
(612) 340-2600

Attorneys for Defendant Wasino Corp. USA

Dated: May 18, 2001

ANTHONY OSTLUND & BAER, P.A.
~~**FRUTH & ANTHONY, P.A.**~~

By ______________________

Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

Attorney for Defendant Hegman Machine Tool, Inc.

Dated: May 29, 2001

**ROBINS, KAPLAN, MILLER & CIRESI**

By ______________________

Elliot S. Kaplan (#53624)
Thomas C. Mahlum (#025391)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Schedule dated July 12, 2000 is amended pursuant to the terms of the above Stipulation.

DATED: June 1, 2001

Jonathan G. Lebedoff
United States Magistrate Judge