**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
Court File No. 00-CV-353 (PAM/JGL)

---

Engineered Equipment Tooling, Inc. and
CP Industries, Inc.,

Plaintiffs and Counterdefendants,

v.

Hegman Machine Tool, Inc. and
Wasino Corp. USA,

Defendants and Counterdefendants,

and

Hegman Machine Tool, Inc. and
Wasino Corp. USA,

Third-Party Plaintiffs and Third-Party Counterdefendants,

v.

Di-Hed Yokes, Inc.,

Third-Party Defendant and Third-Party Counterclaimant.

---

**STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS** AND ORDER

IT IS HEREBY STIPULATED, by and between third-party plaintiffs Hegman Machine Tool, Inc. ("Hegman") and Wasino Corp. USA ("Wasino"), third-party defendant Di-Hed Yokes, Inc. ("DHY"), and the Plaintiffs, by and through their undersigned counsel, that the third-party claims and counterclaims may and hereby are dismissed as follows:

With respect to Hegman's Amended Third-Party Complaint, Count One shall be dismissed with prejudice, and Count Two shall be dismissed without prejudice;

2283921.1

FILED JUN 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

With respect to Wasino's Counterclaim / Third-Party Complaint, Count II shall be dismissed with prejudice, and it is stipulated that Count I does not seek relief against third-party defendant DHY;

With respect to DHY's Counterclaim against Hegman and Wasino, Counts One, Two, Three, Four and Five shall be dismissed with prejudice.

Such dismissals are made consistent with the Settlement Agreement between Hegman, Wasino and DHY, each of whom shall bear their own costs and fees incurred in connection with the dismissed claims.

By executing this Stipulation, pursuant to Fed. R. Civ. P. 41, Plaintiffs Engineered Equipment Tooling, Inc. and CP Industries, Inc. shall not be deemed to have adopted, approved or otherwise agreed to any of the provisions of the Settlement Agreement entered into between Hegman, Wasino and DHY, and shall not be deemed to be bound in any way by the provisions of that Settlement Agreement.

Dated this 14th day of June, 2001

**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**

By: ______________________________

Elliot S. Kaplan (#53624)
Thomas C. Mahlum (#025391)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500
**ATTORNEYS FOR THIRD-PARTY DEFENDANT DI-HED YOKES, INC.**

2283921.1

Dated this 14 day of June, 2001

**ANTHONY OSTLUND & BAER, P.A.**

By: ______________________________
Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF IIEGMAN MACHINE TOOL, INC.**

Dated this 14 day of June, 2001

**DORSEY & WHITNEY LLP**

By: ______________________________
Peter W. Carter (#227985)
William E. Dornbos (#029049X)
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
(612) 340-2600

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF WASINO CORP. USA**

Dated this 12 day of June, 2001

**BURSTEIN HERTOGS & MCFARLAND, P.A.**

By: ______________________________
Fred Burstein (#13511)
Dylan J. McFarland (#12543X)
Steven M. Burstein (#248630)
510 First Avenue North
Minneapolis, MN 55403
(612)339-6561

**ATTORNEYS FOR PLAINTIFFS**

2283921.1

**SO ORDERED.**

Dated this 15th day of June, 2001

The Honorable Paul A. Magnuson
United States District Court