UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Engineered Equipment Tooling, Inc. and CP Industries, Inc.,

Plaintiffs and Counterdefendants,

v.

Hegman Machine Tool, Inc. and Wasino Corp. USA

Defendants and Counterclaimants.

and

Hegman Machine Tool, Inc. and Wasino Corp. USA,

Third-Party Plaintiffs and Third-Party Counterdefendants,

v.

Di-Hed Yokes, Inc.,

Third-Party Defendant and Third-Party Counterclaimant.

Case No. 00-CV-353 (PAM/JGL)

**ORDER**

---

This matter came on before me by stipulation of the parties for an order permitting Charles Moore, Esq. to appear as counsel of record for Wasino Corp. at the deposition of David Gum on September 13, 2001 in Hagerstown, Maryland.

Based on the stipulation of counsel, and the records and files of this Court, IT IS HEREBY ORDERED THAT:



FILED 9-10-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. Charles Moore, Esq., who has been admitted to practice in the United States District Court for the District of Maryland and the United States District Court for the District of Columbia, but who has not yet been admitted to practice in this Court, may nevertheless appear as counsel of record for Wasino Corp. at the deposition of David Gum on September 13, 2001 in Hagerstown, Maryland;

b. The transcript of the testimony of David Gum resulting from that deposition may be used for all purposes consistent with the Federal Rules of Civil Procedure as if Charles Moore, Esq. had been fully admitted to practice in of this Court.

Done in Court this 7 day of September, 2001.

FOR THE COURT:

United States Magistrate Judge