**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Engineered Equipment Tooling, Inc.,
et al.

Plaintiffs,

Civil 00-353 PAM/JGL

v.

**ORDER OF DISMISSAL**

Hegman Machine Tool, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January 15, 2002

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

JAN 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK