UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Engineered Equipment Tooling, Inc.
and C.P. Industries, Inc.,

Plaintiffs and Counterdefendants,

v.

Hegman Machine Tool, Inc. and
Wasino Corporation USA,

Defendants and Counterclaimants.

Civil File No. 00-CV-353 (PAM/JGL)

**STIPULATION OF DISMISSAL AND ORDER**

IT IS HEREBY STIPULATED, by and between plaintiffs Engineered Equipment Tooling, Inc. and C.P. Industries, Inc., and defendants Hegman Machine Tool, Inc. and Wasino Corporation USA, through their undersigned counsel, that all claims and counterclaims are dismissed with prejudice without an award of costs or attorneys' fees to any party.

Dated this 19th day of February, 2002.

BURSTEIN HERTOGS, P.A.

By: [signature]
Fred Burstein (#13511)
William J. Maddix (#188530)
Steven M. Burstein (#248630)
510 First Avenue North, Suite 610
Minneapolis, MN 55403
Tel: (612) 339-6561

**Attorneys for Plaintiffs Engineered Equipment Tooling, Inc. and C.P. Industries, Inc.**

MAR 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 2 5 2002
DEPUTY CLERK

Dated this 7th day of ~~February~~ March, 2002.

ANTHONY, OSTLUND & BAER, P.A.

By: [signature]
Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Tel: (612) 349-6969

**Attorneys for Defendant Hegman Machine Tool, Inc.**

Dated this 18th day of February, 2002.

DORSEY & WHITNEY LLP

By [signature]
Peter W. Carter (#227985)
Charles C. Moore (#312216)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant Wasino Corporation USA**

SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

March 29, 2002

[signature]
Paul A. Magnuson
United States District Judge